UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMMY MERICLE, | - | |
| | - | |
| Plaintiff, | - | |
| | - | NOTICE OF |
| v. | - | SETTLEMENT |
| | - | |
| DELANOR KEMPER & ASSOCIATES, LLC, | - | CASE NO: 10-cv-03424 |
| | - | |
| Defendant. | - | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, TAMMY MERICLE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                              Respectfully Submitted,

DATED:  April 7, 2011                KROHN & MOSS, LTD.

                                        By: /s/ Shireen Hormodzi
                                            Shireen Hormodzi, Esq.
                                           Attorney for Plaintiff
                                           Krohn & Moss, Ltd.
                                           10474 Santa Monica Blvd., Suite 401
                                           Los Angeles, CA 90025