IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMMY MERICLE, | |
|     Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:10-CV-3424-SCJ |
| DELANOR KEMPER & ASSOCIATES, LLC, | |
|     Defendant. | |

**O R D E R**

The Court having been advised that the parties to this matter have reached a settlement, but it appearing that documentation of the settlement has not been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to administratively terminate this action. If this matter is not reopened by the parties within sixty (60) days of the entry of this Order, it will be deemed to have been dismissed with prejudice.

IT IS SO ORDERED, this 10th day of May, 2011.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE